# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2011

140193 (48)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JEROME PLUNKETT, as Personal
Representative of the ESTATE OF
HOLLY MARIE PLUNKETT,
        Plaintiff-Appellant,

v

DEPARTMENT OF TRANSPORTATION,
        Defendant-Appellee.

SC: 140193
COA: 284320
Ingham CC: 05-000166-MD

_____/

On order of the Court, the motion for reconsideration of this Court's March 11, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY, J., would grant reconsideration for the reasons stated in her dissenting statement in this case, 488 Mich ___ (2011).

HATHAWAY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

CAVANAGH, J., did not participate due to a familial relationship with counsel of record.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2011

_____
Clerk

t0503